LAKISHA CHYANNE PENDLETON
361 FEED MILL RD
LAUREL, MS 39443

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST ACCESS
10182 TELESIS CT
STE 300
SAN DIEGO, CA 92121

AARON'S
1906 HWY 15 N
LAUREL, MS 39440

ADVANCE AMERICA
322 RHETT ST
GREENVILLE, SC 29601

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CELTIC BANK CO
P.O. BOX 4488
BEAVERTON, OR 97076

COMMUNITY CHOICE
127 S 16TH AVE
LAUREL, MS 39440

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 W 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

FAMILY CHOICE
1717 GILBREATH DR
LAUREL, MS 39440

FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303

FORTIVA
ATTN: BANKRUPTCY
P.O. BOX 105555
ATLANTA, GA 30348

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

LEND NATION
2139 HWY 15
LAUREL, MS 39440

LVNV FUNDING
RESURGENT
PO BOX 1269
GREENVILLE, SC 29602

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

ONE MAIN
PO BOX 1010
EVANSVILLE, IN 47706

TXU ENERGY
ATTN: BANKRUPTCY
6555 SIERRA DRIVE
IRVING, TX 75039

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001