CASE ADMINISTRATOR: DARLENE SLADE

PROCEEDING MEMO AND MINUTES OF
CHAPTER 13 SECTION 341 MEETING
DATE: October 21, 2026

IN RE:

LAKISHA CHYANNE PENDLETON
361 Feed Mill Rd
Laurel, MS 39443

CHAPTER 13 PROCEEDING:

26-51475 KMS

APPEARANCES:

(✓) DEBTOR 1
( ) Required Picture ID Produced
( ) Required SSN Verification

( ) DEBTOR 2
( ) Required Picture ID Produced
( ) Required SSN Verification

(✓) ATTORNEY FOR DEBTOR: THOMAS C. ROLLINS, JR PL

(✓) CREDITOR(S): Robin Rush Family Choice

( ) THE MEETING OF CREDITORS WAS HELD

(✓) THE MEETING OF CREDITORS WAS NOT HELD THIS DATE FOR THE FOLLOWING REASON: IRS POC no 24/25 Ltd

( ) THE MEETING OF CREDITORS IS ADJOURNED TO 11 / 9 / 2026 AT 1 : 30 A.M. / P.M.

| | | | | |
|---|---|---|---|---|
| PRIOR FILINGS | ____ | Y | ____ | N |
| LAWSUITS PENDING | ____ | Y | ____ | N |
| CHILD SUPPORT | ____ | Y | ____ | N |
| CURRENT WITH PAYMENTS | ____ | Y | ____ | N |
| CERT. OF CREDIT COUSELING | ____ | Y | ____ | N |

TAX REFUND REC'D Y / N AMOUNT $ ______ DATE REC'D ___ / ___ / ___

ADDITIONAL NOTES:

TRAK # 6

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE
PRESIDING OFFICER